No. 2928. ARECIBO SUGAR COMPANY, APELANTE, *v.* VALENCIA, APELADO. — Corte de Distrito de Arecibo. Resuelto en

enero 9, 1923. Tercería de mejor derecho. Examinada la moción de desestimación de la parte apelada y la certificación que se acompaña, se declara con lugar y se desestima la apelación.